No. 72–1370. BERLIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1374. NEFF *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–1383. DECKER ET AL. *v.* WEINSTEIN, TRUSTEE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–1387. AMERICAN CONCRETE CONSTRUCTION CO., INC., ET AL. *v.* BRENNAN, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 72–1414. MUELLER *v.* NIXON ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–1418. SENDAK, ATTORNEY GENERAL OF INDIANA *v.* DILLIN, U. S. DISTRICT JUDGE. C. A. 7th Cir. Certiorari denied.

No. 72–1431. LEONHARD *v.* RICHARDSON, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–1434. HITCHCOCK *v.* CIVIL SERVICE COMMISSION OF CITY OF MOSES LAKE. Ct. App. Wash. Certiorari denied.

No. 72–1435. ROBBINS *v.* NOBLE DRILLING CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–1442. TRAVELERS INSURANCE CO. *v.* CHOUEST. C. A. 5th Cir. Certiorari denied.

No. 72–1444. KELLEN *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.